```
Your Name:       Dean F. Ming
Address:         3952 Clear Acre Ln #279
Phone Number:    775-221-5030
Fax Number:      none
E-mail Address:  zdravko27@protonmail.com
Pro Se Plaintiff
```

FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

DEC 08 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

Paid Amt $405.00  Date DEC 08 2023
Receipt # 3-0397  Initials GA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Dean Floyd Ming | Case Number: 3:23-cv-00628 |
|---|---|
| Plaintiff, | **COMPLAINT** |
| vs. | |
| Allied Universal Security Services 1201 Terminal Way, Ste. 120 Reno, NV 89502 | DEMAND FOR JURY TRIAL  Yes ☒  No ☐ |
| Defendant. | |

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

1. My case belongs in federal court

   ☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

   [*Which federal law or right is involved?*] <u>Americans with Disabilities Act of 1990 as amended.</u>

   ☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## VENUE

Page 1 of 8

[*Nevada is one "judicial district." Check the box for each venue option that applies.*]

2. Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity *and* I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

### INTRADISTRICT ASSIGNMENT

[*This District has two unofficial divisions. One is the "Northern Division" covering northern Nevada including Carson City, Churchill, Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral, Pershing, Storey, Washoe and Whitepine counties at the courthouse in Reno. One is the "Southern Division" covering southern Nevada including Clark, Esmeralda, Lincoln, and Nye counties at the courthouse in Las Vegas.*]

3. Because this lawsuit arose in __Washoe__ County, it should be assigned to the __Northern__ Division of this Court.

### PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Dean Floyd Ming

Address: Res: 3952 Clear Acre Ln #279, Reno 89512 / Mailing: 216 Lemmon Dr #248, Reno 89506

Telephone: 775-221-5030

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Allied Universal Security Services

Address: 1201 Terminal Way Ste. 120, Reno 89502
[*if Defendant is an individual do not list home address, just use county and state*]

Telephone: 775-323-1722

Defendant 2:

Page 2 of 8

1  Name: _____
2  Address: _____ [if Defendant is an individual do not list home address, just use county and state]
3  Telephone: _____
4  Defendant 3:
5  Name: _____
6  Address: _____ [if Defendant is an individual do not list home address, just use county and state]
7  Telephone: _____

**STATEMENT OF FACTS**

[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

6. Events occurred at the UPS hub, 301 Vista Bl, Sparks NV, 89434.

7. Events occurred on Aug. 6, 2021, and on Aug. 9, 2021.

8. Persons involved in event on Aug. 6 2021 were plaintiff, A.U.S. employees Linus W, Debra VanDeusen, and Rick McLellan. A.U.S. employee involved on Aug. 9 2021 was an office worker, first name Heidi.

9. On Aug. 6 2021, when I arrived at my post at the

Page 3 of 8

UPS hub at my assigned starting time, fellow guard Linus W. was there and advised me that he would be working the post for an additional 4 hours.

10. There were only 2 posts at the site, and only my regular post was able to accommodate my disability.

11. Since there were no positions available for me to work without violating my disability, I advised VanDeusen of the situation and went home.

12. On Aug. 9 2021, I was prepared to work my regular swing shift at the UPS hub, starting at 4:00pm.

13. The morning of Aug 9 2021, the A.U.S. office worker Heidi called me to tell me to turn in my uniforms, claiming that I had resigned.

14. On Aug. 9 2021 I turned in my uniforms at the A.U.S. office in Sparks. Heidi refused to allow me to speak to anyone else in the office, such as VanDeusen or McLellan.

*[Copy this page and insert it where you need additional space.]*

15. On Aug. 11, 2021, I filed a complaint with the E.E.O.C. regarding the failure of A.U.S. to provide reasonable accommodation and being discharged in retaliation.

16. A.U.S. refused to participate in the offered E.E.O.C. mediation process.

17. On Jul. 10 2023 I received a Letter of Determination from the E.E.O.C, stating that after their investigation they found reasonable cause to believe that I was denied reasonable accommodation and was discharged in retaliation for engaging in protected activity, in violation of the ADA.

18. On Aug. 31 2023 a conciliation meeting between myself, and 3 lawyers and a paralegal for A.U.S, moderated by E.E.O.C, ended without resolution.

19. On Sep. 12 2023 I received a conciliation failure and notice of right to sue letter from the E.E.O.C.

## CLAIMS

### First Claim

(Name the law or right violated: <u>Americans with Disabilities Act</u>)

(Name the defendants who violated it: <u>Allied Universal Security Services</u>)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

20. The A.D.A. requires that employers provide disabled employees with reasonable accommodations.

21. A.U.S. did not suffer undue hardship by allowing me to work my assigned post instead of the only other post at the site.

22. The only other post at the site required me to stand for long periods, which violated my limitations.

23. A.U.S. repeated expected me to work the post which required standing for long periods, causing me great pain.

24. After being discharged in retaliation for asserting my rights under the A.D.A, I have been unable to find work. All occupations that I have background, training or experience in require an able body.

___First___ Claim

(Name the law or right violated: __Americans with Disabilities Act__)

(Name the defendants who violated it: __Allied Universal Security Services__)

25. Unemployment benefits through Nevada's Department of Employment, Training and Rehabilitation (DETR) require that the applicant be able to work in their occupational field, which I cannot.

26. Requests to be trained in an occupation that allowed sedentary work were ignored by DETR.

27. Both State & Federal applications for disability benefits required documentation that I was unable to provide.

28. Due to being discharged in retaliation, and the factors listed above, I was forced to apply for social security retirement benefits 3 years before I had planned. The lower rate resulted in a loss of at least $21,000.

29. I have worked since age 15. Being disabled and discharged in retaliation, and unable to find work, has caused me great emotional distress. For almost 2 years after being discharged, until I began receiving social security retirement benefits, I was forced to live on my meager savings and partial disability payments from the Veteran's Administration, and came very close to homelessness. This also caused me great emotional distress.

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

Due to defendant's actions in violation of law and subsequent refusal to engage in mediation or satisfactorily conclude conciliation, plaintiff demands relief for lost wages, emotional distress and punitive damages in excess of $500,000. Plaintiff also demands that defendant train it's employees in the applications of the Americans with Disabilities Act sufficiently to prevent further violations.

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 12/8/2023   Sign Name: Dean F Ming
                  Print Name: Dean F. Ming