**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEAN FLOYD MING, ) | |
| ) | Case No. 3:23-cv-00628-ART-CSD |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER GRANTING** |
| UNIVERSAL PROTECTION SERVICE, ) | |
| LLC, d/b/a ALLIED UNIVERSAL ) | **JOINT STIPULATION TO DISMISS** |
| SECURITY SERVICES, a foreign ) | **WITH PREJUDICE** |
| limited liability company, ) | |
| ) | |
| Defendant. ) | |

The Parties, by and through their counsel of record, hereby stipulate to the dismissal with prejudice the above entitled action, each Party to bear their own attorney's fees and costs.

Dated this 22nd day of May, 2024.

Respectfully submitted,

| | |
|---|---|
| Martenson, Hasbrouk & Simon, LLP | Law Office of Mary F. Chapman, Ltd. |
| /S/ Ace T. Tate, Esq. | /S/ Mary F. Chapman, Esq. |
| Ace T. Tate, Esq. | Mary F. Chapman, Esq. |
| Susan C. Holland, Esq. | 8440 W. Lake Mead Blvd. |
| 455 Capitol Mall | Suite 203 |
| Suite 400 | Las Vegas, Nevada 89128 |
| Sacramento, California 95814 | |

(Additional counsel listed on next page)

/ / /

/ / /

1  
2 Snell & Wilmer  
  Clark Knobel  
3 50 West Liberty Street  
  Suite 501  
4 Reno, Nevada 89501-1961  
5  
  Attorneys for Defendant  
6  
     IT IS SO ORDERED.  
7  
8 _____  
     Anne R. Traum  
9      District Court Judge  
10  
     DATED: May 23, 2024  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28